UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENITA DHARAMDAS,

Plaintiff,

-against-

FRANK J. BISIGNANO, Commissioner of Social Security in his official capacity,

Defendant.

26-CV-07347 (PMH)

ORDER OF SERVICE

PHILIP M. HALPERN, United States District Judge:

Plaintiff Jenita Dharamdas, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, and the Family and Medical Leave Act of 1993. She alleges that her former employer—the Social Security Administration ("SSA")—discriminated against her on the basis of her disability and race, and retaliated against her for engaging in protected activity related to same. She requests that SSA rehire her, accommodate her disability, and provide back pay and ancillary relief. (*Id.* at 6.)

By order dated September 4, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. As explained below, the Court directs service on Defendant.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

. . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to fill out a USM-285 form for Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: September 14, 2026
White Plains, New York

PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Frank J. Bisignano
Commissioner of Social Security, in his official capacity
Social Security Administration
1300 D Street, SW
Washington, DC 20024

Office of the United States Attorney
Southern District of New York
Civil Division
86 Chambers Street, Third Floor
New York, NY 10007

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530